UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>                    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>                    Defendant. | Civil Action No. 23-0866 (AHA) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant the Department of Justice ("Department"), through undersigned counsel, provide the Court with an update as to the processing of Plaintiff's Freedom of Information Act ("FOIA") request.

The parties report that the Department has finished processing Plaintiff's FOIA request and made its final release in April 2024. The Civil Division conducted a search and located approximately 1,502 pages of records potentially responsive to the request and made five interim productions. The parties have conferred and there remain no outstanding concerns regarding the scope of Defendant's search and/or withholdings. On September 28, 2024, Plaintiff presented a demand for attorneys' fees and cost to resolve this matter. The parties are meeting and conferring to determine whether they can resolve this litigation without the need for further judicial intervention. With the change in administration, the Department needs some additional time to consider Plaintiff's demand. Considering this position, the parties therefore propose filing a status report on or before April 4, 2025, apprising the Court of the progress of their discussions. A proposed order is included herein.

Dated: February 4, 2025					Respectfully submitted,

					*/s/ Paul M. Bartkowski*
					Paul M. Bartkowski
					(D.C. Bar No. 482432)
					BARTKOWSKI PLLC
					6803 Whittier Ave., Suite 200A
					McLean, VA 22101
					Telephone: (571) 533-3581
					E-Mail: pbartkowski@bartkowskipllc.com

					*Counsel for Functional Government Initiative*


					EDWARD R. MARTIN, JR., D.C. Bar
					#481866
					United States Attorney

					BRIAN P. HUDAK
					Chief, Civil Division

					By:	*/s/ Brenda González Horowitz*
					BRENDA GONZÁLEZ HOROWITZ
					D.C. Bar No. 1017243
					Assistant United States Attorney
					601 D St., N.W.
					Washington, D.C. 20530
					Phone: (202) 252-2512
					Brenda.Gonzalez.Horowitz@usdoj.gov

					*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 23-0866 (AHA) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report apprising the Court of the progress in this action on or before April 4, 2025.

SO ORDERED.

_____    _____
Dated                                                                           AMIR H. ALI
                                                                                    United States District Judge